IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(Western Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:21-cv-00320-D |
| Plaintiff, | |
| v. | |
| GROUNDSCAPE, LLC, MELVIN A. WATSON, and AMANDA J. WATSON, | |
| Defendants. | |

## ENTRY OF DEFAULT

Upon consideration of the United States' Motion for Clerk's Entry of Default, the record in this case, and the applicable law, it is this 5th day of January, 2022, ORDERED under Fed. R. Civ. P. 55(a) that defaults are entered against Defendants Groundscape, LLC, Melvin A. Watson, and Amanda J. Watson.

_____
PETER A. MOORE, JR.
CLERK OF COURT