IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(Western Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 5:21-cv-00320-D |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GROUNDSCAPE, LLC, ) | |
| MELVIN A. WATSON, and ) | |
| AMANDA J. WATSON, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Upon consideration of the United States' Motion for Entry of Default Judgment, the record in this case, and the applicable law, it is ORDERED under Fed. R. Civ. P. 55(b)(1) that:

1. Judgment is entered in favor of the United States and against Groundscape, LLC and Melvin A. Watson, jointly and severally, in the amount of $211,040.98, as of May 10, 2021, along with statutory interest under 26 U.S.C. § 6621, penalties, and additions to tax that will continue to accrue after that date;

2. Judgment is entered in favor of the United States and against Melvin A. Watson and Amanda J. Watson, jointly and severally, in the amount of $8,126.34 as of May 10, 2021, along with statutory interest under 26 U.S.C. § 6621, penalties, and additions to tax that will continue to accrue after that date.

SO ORDERED. This **23** day of March, 2022.

JAMES C. DEVER III
United States District Judge